# UNITED STATES BANKRUPTCY COURT
## MIAMI
### SOUTHERN DISTRICT OF FLORIDA DIVISION

**CASE NO.: 16-14037-BKC-AJC**
PROCEEDING UNDER CHAPTER 13

IN RE:

DEMETRIO VAZQUEZ
CARMEN VAZQUEZ

DEBTORS_____/

## REPORT OF COMPLIANCE WITH LOCAL RULE 3070-1(B)

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtors, pursuant to Local Rule 3070-1(B) were to be current in all payments under the confirmed Chapter 13 Plan on or before **March 19, 2021**.  The Debtors have complied with the said order.

2. Accordingly, the Trustee reports that this case should proceed in the normal course.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 13th day of April, 2021.

                                        */s/ Nancy K. Neidich*_____
                                        NANCY K. NEIDICH, ESQUIRE
                                        STANDING CHAPTER 13 TRUSTEE
                                        P.O. BOX 279806
                                        MIRAMAR, FL  33027-9806

CC: DEMETRIO VAZQUEZ
      CARMEN VAZQUEZ
      JOSE P. FUNCIA, ESQUIRE